UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BURKE MINAHAN, ET AL.,**<br><br>   Plaintiffs,<br><br>   v.<br><br>**GOOGLE LLC**,<br><br>   Defendant. | Case No. 4:22-cv-05652-YGR<br><br>**ORDER TO SHOW CAUSE RE: MOTIONS FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Re: Dkt. Nos. 30-31 |

TO PLAINTIFFS' COUNSEL JOEL SMITH:

Two motions for leave to appear in pro hac vice are pending at Docket Numbers 30 and 31. Mr. Joel Smith is the local co-counsel identified in both motions as sponsoring counsel. The applications identify Mr. Smith's address as being in Walnut Creek, California. However, the business address that he has registered with the state bar is located in Colorado.

This is a material distinction. Pursuant to Civil Local Rule 11-3(a)(3), the sponsoring attorney must be "a member of the bar of this Court in good standing and who maintains an office within the State of California[.]" Given the inconsistencies identified in the public record, it appears that Mr. Smith may be maintaining an office in Colorado as opposed to California, which would justify a denial of both motions. Accordingly, Mr. Smith is **HEREBY ORDERED TO SHOW CAUSE** how he maintains an office in California to qualify as counsel. A sworn declaration shall be submitted by no later than February 3, 2023.

Counsel is reminded that updated contact information shall be supplied to the state and this Court.

**IT IS SO ORDERED.**

Dated: January 31, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**