UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURKE MINAHAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE, LLC,<br><br>　　　　Defendant. | Case No. 22-cv-05652-YGR<br><br>**JUDGMENT** |
| MOSHE TORCZYNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE, LLC,<br><br>　　　　Defendant. | Case No. 22-cv-05713-YGR |
| DAVID LANDFAIR, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 22-cv-07427-YGR |

Judgment is hereby entered consistent with the Court's Order Granting Motion to Dismiss,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 2nd day of May, 2023.

Mark B. Busby
Clerk of Court

By: _____
Edwin Cuenco
Deputy Clerk to the Honorable
YVONNE GONZALEZ ROGERS